No. 02–1757.   BOND v. BLUM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 02–1758.   ASHLEY CREEK PHOSPHATE CO. v. CHEVRON U. S. A. INC. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 02–1759.   BUNCOMBE COUNTY, NORTH CAROLINA, BOARD OF EDUCATION v. ROBERTS.   Ct. App. N. C.   Certiorari denied.

No. 02–1760.   PRICER ET AL. v. BUTLER ET UX.   Sup. Ct. Va. Certiorari denied.

No. 02–1761.   BROSNAHAN BUILDERS, INC., ET AL. v. HARLEYS-VILLE MUTUAL INSURANCE CO.   C. A. 3d Cir.   Certiorari denied.

No. 02–1763.   SCALLEN ET AL. v. REGENTS OF THE UNIVERSITY OF NEW MEXICO.   C. A. Fed. Cir.   Certiorari denied.

No. 02–1764.   SOB, INC., DBA "SUGAR DADDY'S," ET AL. v. COUNTY OF BENTON, MINNESOTA, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 02–1767.   MIMS v. CRIST, WARDEN, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 02–1768.   SCHOFIELD v. UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 02–1769.   JONES v. PORT TERMINAL RAILROAD ASSN.   Ct. App. Tex., 4th Dist.   Certiorari denied.

No. 02–1770.   TABLE MOUNTAIN RANCHERIA v. AMERICAN VANTAGE COS.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 02–1771.   AVERY v. SUPERIOR BANK, FSB.   C. A. 4th Cir. Certiorari denied.